# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

158244

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SCOTTY EUGENE BODMAN,
      Defendant-Appellant.

SC: 158244
COA: 338333
Jackson CC: 15-005634-FC

_____/

      On order of the Court, the application for leave to appeal the June 19, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



Clerk

a0320